■ WILLIAM V. DOLAN, Respondent, v. JOSEPH PUKALOVIC et al., Appellants.— Same decision and like cause of action as in companion case of *Dolan* v. *Pukalovic* (3 A D 2d 976). Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ In the Matter of the Construction of the Will of WALTER C. REMINGTON, Deceased. MARY L. WYFFELS, as Committee of the Person and Property of THELMA KNAPP, an Incompetent, Appellant; SECURITY TRUST COMPANY OF ROCHESTER, as Trustee under the Will of WALTER C. REMINGTON, Deceased, et al., Respondents.— Decree insofar as appealed from affirmed, without costs of this appeal to any party. All concur. (Appeal from part of a decree of Monroe Surrogate's Court construing a will.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ BERNICE H. STEVENS, Respondent, v. RICHARD WILSON et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Monroe County Court affirming a judgment of Rochester City Court, for plaintiff in an action for damage to furniture by landlord.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ JOHN L. WOOD Appellant, v. WILLIAM CONNELL, Respondent.— Order of Supreme Court and judgment of Buffalo City Court reversed on the law and facts and a new trial granted in the interests of justice, with costs to the appellant to abide the event. All of the facts, circumstances, and surrounding conditions then may be developed and submitted to the Trial Judge. All concur. (Appeal from an order of Erie Special Term affirming a judgment of Buffalo City Court, dismissing plaintiff's complaint in an automobile negligence action.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WILDEY, Appellant.— Order affirmed. All concur. (Appeal from an order of Herkimer County Court denying defendant's application for a writ of error, *coram nobis*.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ HOWARD A. WHEELER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 32006.) — Order entered September 13, 1956, reversed, without costs of this appeal to either party, and motion granted. Appeal from order entered October 9, 1956, dismissed as academic. Memorandum: This claim was stricken from the calendar after undue delay and failure to prosecute. However, it appears from the affidavit submitted on the motion to restore, that at the time it was stricken from the calendar claimant's trial counsel was engaged in trial in the Supreme Court in Monroe County. In that situation, claimant was entitled to an adjournment until his trial counsel concluded the trial of the case in which he was then engaged in Monroe County. All concur. (Appeal from two orders of the Court of Claims (1) denying claimant's motion to restore the case to the calendar and (2) denying claimant's motion to reargue.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.